OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

3/4/2015

UNITED STATES POSTAGE
PITNEY BOWES
02 1M    $ 00.26⁵
0004279596    MAR 06 2015
MAILED FROM WR-82,813-02

ROBLES, JUAN VALADEZ    Tr. Ct. No. CR-09H-106A

The Court has dismissed your application for writ of habeas corpus without written order; the sentence has been discharged. See *Ex parte Harrington*, 310 S.W.3d 452 (Tex. Crim. App. 2010).

Abel Acosta,

JUAN VALADEZ ROBLES
WHEELER UNIT - TDC # 1643655
986 COUNTY ROAD AA
PLAINVIEW, TX 79072